**Order entered February 6, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01504-CV

### IN RE ROBERT JOSEPH SCHMITT, Relator

**Original Proceeding from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-81160-00**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's December 6, 2020 petition

for writ of mandamus.

/s/    AMANDA L. REICHEK
       JUSTICE